# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 8, 2011

141644 & (54)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

WILLIAM CHARLES DOERS,
        Defendant-Appellant.

SC: 141644
COA: 288514
Dickinson CC: 07-003807-FC

_____/

On order of the Court, the motion for miscellaneous relief is GRANTED.  The application for leave to appeal the June 29, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2011

_____

Clerk

y0228